MORAL & CO., LTD., PLAINTIFFS AND APPELLANTS, *v.* NEW YORK & PORTO RICO S. S. CO., DEFENDANT AND APPELLEE.

APPEAL from the District Court of Mayagüez in an Action for Damages and Injunction—New Trial.

No. 1490.—Decided July 17, 1916.

Decided on the grounds of the opinion delivered in Case No. 1489, *F. Carrera & Brother* v. *New York & Porto Rico Steamship Company, ante.*

*Mr. Angel A. Vázquez* for the appellants.
*Messrs. Charles Hartzell* and *F. Ramírez de Arellano* for the appellee.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.